UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA ESPINOZA                                    CASE NO. 1:19-cv-25119-CMA

    Plaintiff,

vs.

GOOD AMERICAN, LLC,
a Foreign limited liability company,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, **Arantza Espinoza** , by and through her undersigned counsel, hereby gives the Court notice that Plaintiff, **Arantza Espinoza** and Defendant**, GOOD AMERICAN, LLC**, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

    **Respectfully Submitted,**

    **MENDEZ LAW OFFICES, PLLC**
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###