UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25119-CIV-ALTONAGA/Goodman

ARANTZA ESPINOZA,

   Plaintiff,

v.

GOOD AMERICAN, LLC,

   Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On January 13, 2020, the Court entered an Order Administratively Closing Case [ECF No. 8] requiring the parties to file a stipulation of dismissal within sixty (60) days of the Order.  To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply.  Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record