UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ARANTZA ESPINOZA                                    CASE NO. 1:19-cv-25119-CMA
        Plaintiff,

vs.

GOOD AMERICAN, LLC,
a Foreign limited liability company,
        Defendant.
_____/


### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

        Plaintiff, ARANTZA ESPINOZA, through undersigned attorney Diego G. Mendez,
pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with
Prejudice against GOOD AMERICAN, LLC.


                                        Submitted by:

                                        Mendez Law Offices, PLLC
                                        Attorneys for Plaintiff
                                        P.O. BOX 228630
                                        Miami, Florida 33172
                                        Telephone: 305.264.9090
                                        Facsimile: 305.809.8474
                                        Email:info@mendezlawoffices.com
                                        By: _____/s/_____
                                        DIEGO GERMAN MENDEZ, ESQ.
                                        FL BAR NO.: 52748

                        ###